No. 3,565.—STATE EX REL. TIM DRISCOLL, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control.

Decided October 21, 1914.

PER CURIAM.—Relator's petition for writ of supervisory control herein having been this day presented to the court, it is ordered, after due consideration, that the same be denied.

*Messrs. Walker & Walker* and *Mr. Jas. E. Healy,* for Relator.

———————

No. 3,469.—STATE, RESPONDENT, *v.* ANDREW J. KEMP, APPELLANT.

*Appeal from District Court, Custer County; C. L. Crum, Judge.*

Decided November 20, 1914.

PER CURIAM.—It is ordered that the above-entitled cause be, and the same is hereby, dismissed in accordance with motion of the attorney general on file.

*Mr. D. M. Kelly,* Attorney General, for Respondent.